ENTERED
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETIAN RIVERA, <br>     Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>     Defendant. | Case No. SACV 09-738 RNB <br><br> **J U D G M E N T** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: January 20, 2010

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE