LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ETIAN RIVERA,  )  | No.  SACV 09-738 RNB |
| )  | |
|   Plaintiff,  )  | [PROPOSED] ORDER AWARDING |
| v.  )  | EAJA FEES |
| )  | |
| MICHAEL J. ASTRUE,  )  | |
| Commissioner Of Social Security,  )  | |
| )  | |
|   Defendant.  )  | |
| )  | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND THREE HUNDRED DOLLARS and 00/cents ($3,300.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

    DATED: March 31, 2010    _____

                                       HON. ROBERT N. BLOCK
                                       UNITED STATES MAGISTRATE JUDGE

-1-